MARTIN J. KAVENY, PLAINTIFF-PETITIONER, v. BOARD OF COMMISSIONERS OF THE TOWN OF MONTCLAIR, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 71 *N. J. Super.* 244.

*Mr. Francis F. Welsh* for the petitioner.

*Mr. Samuel Allcorn, Jr.,* and *Mr. Charles R. L. Hemmersley* for the respondents.

February 26, 1962. Denied.

MURRAY A. BAYER, PETITIONER-PETITIONER, v. FRANK P. FARRELL, INC., RESPONDENT-RESPONDENT.

See same case below: 69 *N. J. Super.* 347.

*Mr. Robert C. Gruhin* and *Mr. Irving Edelstein* for the petitioner.

*Mr. Isidor Kalisch* for the respondent.

February 26, 1962. Denied.